Lewis E. Hudnell, III (CASBN 218736)
Email: lewis@hudnelllaw.com
**HUDNELL LAW GROUP P.C.**
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: 415-659-1866
Facsimile: 347-772-3034

Winston O. Huff (admitted *pro hac vice)*
whuff@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market Street, Suite 450
Dallas, TX 75202
Telephone: 214.749.1220
Facsimile: 469.206.2173

***Attorneys for Plaintiff***
**INSTITUTE FOR INFORMATION INDUSTRY**

Nicholas W. Short (State Bar No. 253922)
Email: nshort@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: 415- 947-2000
Facsimile: 415-947-2099

Jose C. Villarreal (*pro hac vice* submitted)
Email: jvillarreal@wsgr.com
Robert A. Delafield II (*pro hac vice* submitted)
Email: bdelafield@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: 512-338-5400
Facsimile: 512-338-5499

***Attorneys for Defendant***
***LUCIDWORKS, INC.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR INFORMATION INDUSTRY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LUCIDWORKS, INC.,<br><br>Defendant. | Case No.: 3:13-cv-04908-WHO<br><br>**JOINT MOTION FOR STAY OF ALL DEADLINES** |

COMES NOW, Plaintiff Institute For Information Industry ("III") and Defendant LucidWorks Inc. ("LucidWorks") and file this Joint Motion and respectfully requests a stay from the Honorable Court of all of deadlines for 30 days as between III and LucidWorks (collectively "the parties"), so that the parties may finalize execution of settlement documents.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Honorable Court enter the attached Order and stay all pending deadlines up to and including May 25, 2014 and for such other and further relief as to which it may show itself justly entitled.

Dated: April 25, 2014

Respectfully submitted,
By: */s/ Winston O. Huff*_____________

Lewis E. Hudnell, III (CASBN 218736)
Email: lewis@hudnelllaw.com
**HUDNELL LAW GROUP P.C.**
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: 415-659-1866
Facsimile: 347-772-3034

Winston O. Huff (admitted *pro hac vice)*
whuff@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market Street, Suite 450
Dallas, TX 75202

Telephone: 214.749.1220
Facsimile: 469.206.2173

***Attorneys for Plaintiff***
**INSTITUTE FOR INFORMATION INDUSTRY**

By: */s/ Nicholas W. Short (With Permission)*________
Nicholas W. Short (State Bar No. 253922)
Email: nshort@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: 415- 947-2000
Facsimile: 415-947-2099

Jose C. Villarreal (*pro hac vice* submitted)
Email: jvillarreal@wsgr.com
Robert A. Delafield II (*pro hac vice* submitted)
Email: bdelafield@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: 512-338-5400
Facsimile: 512-338-5499

***Attorneys for Defendant***
***LUCIDWORKS, INC.***

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

*/s/ Winston O. Huff*______________
Winston O. Huff

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of April, 2014, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, in

compliance with Civil L. R. 5-1 and using the court's electronic case filing system (ECF), in compliance with Civil L. R. 5-5.

*/s/ Winston O. Huff*_____________
Winston O. Huff