Lewis E. Hudnell, III (CASBN 218736)
Email: lewis@hudnelllaw.com
**HUDNELL LAW GROUP P.C**.
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: 415-659-1866
Facsimile: 347-772-3034

Winston O. Huff (admitted *pro hac vice*)
whuff@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market Street, Suite 450
Dallas, TX 75202
Telephone: 214.749.1220
Facsimile:  469.206.2173

*Attorneys for Plaintiff*
**INSTITUTE FOR INFORMATION INDUSTRY**

Nicholas W. Short (State Bar No. 253922)
Email: nshort@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  415- 947-2000
Facsimile:   415-947-2099

Jose C. Villarreal (*pro hac vice* submitted)
Email: jvillarreal@wsgr.com
Robert A. Delafield II (*pro hac vice* submitted)
Email: bdelafield@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone:  512-338-5400
Facsimile:   512-338-5499

*Attorneys for Defendant*
*LUCIDWORKS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR INFORMATION INDUSTRY, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>LUCIDWORKS, INC.,<br><br>       Defendant. | Case No.: 3:13-cv-04908-WHO<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Institute For Information Industry, Inc. ("III") and Defendant LucidWorks, Inc. ("LucidWorks"), the parties to this legal action, by and through their attorneys, jointly moved for an order approving their Stipulation of Dismissal with Prejudice. After consideration of the parties Stipulation by the Court, it is hereby GRANTED and ORDERED that:

1. All claims and counterclaims between III and LucidWorks are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

IT IS SO ORDERED.

Dated: July 1, 2014

                                                   The Honorable William H. Orrick
                                                   United States District Judge